# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Stephen Boyd,<br>　　　　　　Plaintiff,<br><br>　　V.<br><br>Pepsi Beverages Company and Pepsi<br>Bottling Company, LLC,<br>　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 14-12289-NMG |

## SETTLEMENT ORDER OF DISMISSAL

　　Gorton　　　D. J.

　　The Court having been advised on ___April 2nd, 2015___ that the above-entitled action has been settled;

　　IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

___4/2/2015___　　　　　　　　　　　　　　　　___/s/Christopher Danieli___
　　Date　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Dismissal Settlement.wpd - 12/98)