UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
STEPHEN BOYD, on behalf of         )
himself and all others similarly situated, )
                                   )   Civil Action No. 14-cv-12289
            Plaintiff,             )
                                   )
      v.                           )
                                   )
PEPSI BEVERAGES COMPANY and        )
PEPSI BOTTLING COMPANY, LLC,       )
                                   )
            Defendants.            )
_____)

**JOINT MOTION FOR EXTENSION OF TIME FOR SETTLEMENT ORDER OF DISMISSAL**

The Parties[1] hereby jointly request an extension of the Settlement Order of Dismissal, issued on April 2, 2015 (Doc. 33), providing that the action would be dismissed without prejudice to any party, and that upon good cause shown, either party could reopen the action within thirty days if settlement was not reached.[2]

The Parties are collaborating to finalize the settlement papers, including motion

---

[1]    The Parties are Plaintiff Stephen Boyd, individually and on behalf others similarly situated, and Defendant Bottling Group, LLC.  Plaintiff named the Defendants in this case as Pepsi Beverages Company and Pepsi Bottling Company, LLC.  Defendant contends that the correct party to be named is Bottling Group, LLC.

[2]    At the time this Order was entered, Plaintiff's counsel informed the Clerk of the Court that, because this is a collective action settlement, the parties would need to submit settlement approval papers and hold a hearing before the Court before the case could be dismissed.  The Clerk of the Court responded that the parties could proceed with this process under the current Order, and seek additional time for the submission of papers and to schedule a hearing if necessary.

for preliminary approval of the collective action settlement, and seek an additional 30 days within which to submit this Motion to the Court.  Upon the submission of the Motion for Preliminary Approval, the parties will request that the Court schedule a hearing date so that the Court can consider granting final approval of the settlement in July 2015.

Respectfully submitted,

STEPHEN BOYD,

individually and on behalf of all others similarly situated,

By his attorneys,

/s/  Shannon Liss-Riordan_____
Shannon Liss-Riordan, BBO #640716
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994 – 5800

Richard E. Hayber, *pro hac vice*
Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
(860) 522-8888


BOTTLING GROUP, LLC

By its attorneys,

/s/ Samantha Hardy, Esq. _____
Samantha Hardy, Esq. (*pro hac vice*)
Ashley T. Hirano, Esq. (*pro hac vice*)
Daniel De La Cruz, Esq. (*pro hac vice*)
Sheppard Mullin Richter & Hampton, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101
shardy@sheppardmullin.com
ahirano@sheppardmullin.com

        ddelacruz@sheppardmullin.com
        tel: (619) 338-6500
        fax: (619) 234-3815

        Jennifer Belli, BBO # 660278
        Bello Welsh LLP
        125 Summer Street, Suite 1200
        Boston, MA 02110
        Jbelli@bellowelsh.com
        tel: (617) 247-4100
        fax: (617) 247-4125

May 4, 2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on May 4, 2015, a copy of this document was filed electronically on all counsel of record.

        /s/ Shannon Liss-Riordan
        Shannon Liss-Riordan, Esq.