**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                              )
STEPHEN BOYD, on behalf of                )
himself and all others similarly situated, )
                                                              )   Civil Action No. 14-cv-12289
                         Plaintiff,              )
                                                              )
         v.                                              )
                                                              )
PEPSI BEVERAGES COMPANY and  )
PEPSI BOTTLING COMPANY, LLC,  )
                                                              )
                         Defendants.         )
_____ )

### MOTION FOR ORDER

      On Friday, February 12, 2016, the Court held a final fairness hearing on the settlement of this hybrid class and collective action. At the hearing, defense counsel agreed to submit an updated proposed order of approval with additional language concerning the Class Action Fairness Act. Attached as Exhibit A is an updated Proposed Order Approving Settlement, with Section 4 revised. Class counsel has no objection to the revised Section 4 proposed by defense counsel.

      Respectfully submitted,

**BOTTLING GROUP LLC**

By Its Attorneys,

*/s/ Jennifer Belli*
Jennifer Belli, BBO#660278
Bello Welsh LLP
125 Summer Street, Suite 1200
Boston, MA 02110
(617) 247-4100
jbelli@bellowelsh.com

*/s/ Samantha D. Hardy*
Samantha D. Hardy
Sheppard, Mullin, Richter & Hampton LLP

## **CERTIFICATE OF SERVICE**

  I, Jennifer Belli, hereby certify that on February 16, 2016, I electronically filed the foregoing using the CM/ECF system, which will send email notification of such filing to all counsel of record.

               /s/ *Jennifer Belli*
               Jennifer Belli